# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 08/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | ████████████, unimproved land in Chesapeake, VA |
| 2. | MEMBER | ██████████ unimproved land in rural areas of Va. Beach, VA |
| 3. | MEMBER | ██████████ a limited partnership |
| 4. | STOCKHOLDER | █████████████., a subchapter S corporation |
| 5. | STOCKHOLDER | █████████████. (subchapter S corporation) |
| 6. | STOCKHOLDER | ████████ Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. | CO-MANAGER | ROBERT AND DOROTHY DOUMAR FOUNDATION (charitable foundation which holds stock in Chevron Corp., EOG Resources) |
| 8. | MEMBER | ██████████ |
| 9. | MEMBER | ████████████ - Closed December 2015 |
| 10. | MEMBER | LINDSEY CANAL, INC. |
| 11. | MEMBER | █████████ |
| 12. | MEMBER | MERITAGE FUND I, LLC - Closed December 2015 |
| 13. | MEMBER | ██████████████ |
| 14. | MEMBER | ████████████████ ████ Pasquotank Co., NC |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 08/16/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2015 | DIRECTOR'S FEE - ▓▓▓▓▓▓▓▓ . |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/27-29/2015 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | George Mason University Law & Economics Center | 04/22-25/2015 | Arlington, VA | Non-FJC Educational Program | Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | A | Dividend | K | T | | | | | |
| 2. ABBVIE INC. COM | C | Dividend | M | T | Buy | 10/20/15 | J | | |
| 3. AFLAC INC. (X) | | None | J | T | Buy | 12/17/15 | J | | Loss |
| 4. ALIBABA GROUP HOLDING LTD. (X) | | None | K | T | Buy | 09/28/15 | K | | |
| 5. ALLEGION PLC | A | Dividend | K | T | | | | | |
| 6. ALPHABET A INC., formerly GOOGLE (X) | A | Dividend | K | T | Spinoff (from line 78) | 10/05/15 | K | | |
| 7. ALPHABET C INC., formerly GOOGLE (X) | A | Dividend | K | T | Spinoff (from line 78) | 10/05/15 | K | | |
| 8. AMERICAN CAPITAL AGENCY, (Merrill Lynch IRA) | A | Dividend | | | Sold | 10/01/15 | K | | Loss |
| 9. AMERITRADE | A | Interest | J | T | | | | | |
| 10. AMTRUST FINANCIAL SERVICES | A | Dividend | J | T | Buy | 06/19/15 | J | | Loss |
| 11. | | | | | Buy (add'l) | 10/15/15 | J | | Loss |
| 12. ANNALY CAPITAL MGMT. | A | Dividend | J | T | | | | | |
| 13. ANWORTH MORTGAGE ASSET | A | Dividend | J | T | | | | | |
| 14. ARMANINO FOODS OF DISTINCTION | A | Dividend | J | T | | | | | |
| 15. ARROW FINL. CORP. (X) | | None | J | T | Buy | 11/30/15 | J | | Loss |
| 16. AT&T | A | Dividend | K | T | | | | | |
| 17. AXA (X) | A | Dividend | J | T | Buy | 04/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BAIDU INC. | A | Dividend | M | T | | | | | |
| 19. BANK OF AMERICA | A | Dividend | M | T | | | | | |
| 20. BANK OF NEW YORK MELLON (X) | | None | K | T | Buy | 11/27/15 | K | | Loss |
| 21. BB&T CORP. | C | Dividend | N | T | | | | | |
| 22. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | Buy (add'l) | 06/03/15 | J | | Loss |
| 23. BLACK ROCK NAT.BASIC EQUITY | A | Dividend | K | T | | | | | |
| 24. BLACK ROCK PACIFIC NAT, ETC. | A | Dividend | K | T | | | | | |
| 25. BOEING COMPANY | A | Dividend | M | T | | | | | |
| 26. BRISTOL MYERS SQUIBB CO. (X) | | None | K | T | Buy | 11/18/15 | K | | |
| 27. CALUMET SPEC. | A | Distribution | L | T | | | | | |
| 28. ▓▓▓▓▓▓▓▓ | A | Distribution | J | T | | | | | |
| 29. CAPITAL ONE FINANCIAL | A | Dividend | L | T | | | | | |
| 30. CELLCOM ISRAEL, LTD. | A | Dividend | | | Sold | 04/21/15 | J | | Loss |
| 31. CENTURY LINK | B | Dividend | K | T | | | | | |
| 32. ▓▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 33. CENTRAL SECURITIES CORP. | A | Dividend | | | Closed | 05/07/15 | K | | Loss |
| 34. CHEMOURS CO. (X) | A | Dividend | | | Spinoff (from line 58) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 08/03/15 | J | | |
| 36. | | | | | Sold | 11/18/15 | J | | Loss |
| 37. CHENIERE ENERGY, INC. | A | Dividend | K | T | | | | | |
| 38. CHESAPEAKE ENERGY | A | Dividend | | | Sold | 03/31/15 | J | | Loss |
| 39. CHIMERA INVESTMENT | B | Distribution | K | T | | | | | |
| 40. CHINA MOBILE | B | Dividend | L | T | | | | | |
| 41. CISCO SYSTEMS | B | Dividend | L | T | | | | | |
| 42. CITIGROUP COMMON STOCK | B | Dividend | M | T | | | | | |
| 43. COMMUNICATIONS SALES & LEASING (X) | A | Dividend | | | Buy | 04/21/15 | J | | |
| 44. | | | | | Sold | 11/18/15 | J | | Loss |
| 45. CONOCO-PHILLIPS | C | Dividend | L | T | | | | | |
| 46. CORNERSTONE PROGRESSIVE (Y) | | | | | | | | | |
| 47. CORNING | A | Dividend | K | T | | | | | |
| 48. COSTCO WHOLESALE CORP. | A | Dividend | K | T | | | | | |
| 49. CURIS INC. (X) | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 50. CSX CORP. | B | Dividend | L | T | | | | | |
| 51. DELUXE CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DEVON ENERGY | A | Dividend | | | Sold | 11/18/15 | K | B | |
| 53. DIEBOLD | A | Dividend | K | T | | | | | |
| 54. ▒▒▒▒▒▒ | E | Distribution | N | W | | | | | |
| 55. ▒▒▒▒▒▒ | | None | L | W | | | | | |
| 56. ▒▒▒▒▒▒ | E | Dividend | M | W | | | | | |
| 57. DOW CHEMICAL | B | Dividend | L | T | | | | | |
| 58. DUPONT | C | Dividend | M | T | | | | | |
| 59. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | A | Dividend | K | T | | | | | |
| 60. ECOLAB | A | Dividend | K | T | | | | | |
| 61. ▒▒▒▒▒▒ | G | Distribution | M | W | | | | | |
| 62. EMERSON ELECTRIC | B | Dividend | | | Sold | 06/03/15 | K | | Loss |
| 63. ENERGY TRANSFER PARTNERS LP (X) | A | Dividend | K | T | Spinoff (from line 144) | 04/27/15 | J | | Loss |
| 64. ENTERPRISE PRODUCTS | C | Distribution | L | T | | | | | |
| 65. ENVEST, II | A | Distribution | L | W | | | | | |
| 66. EOG RESOURCES, INC. | A | Dividend | | | Sold | 07/06/15 | J | | Loss |
| 67. EXELON CORP. | B | Dividend | K | T | | | | | |
| 68. EXXON MOBIL | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EWZ-I SHARES BRAZIL (Y) | | None | | | | | | | Capped & Sold 08/09/14 |
| 70. FAIRFIELD ASSOCIATES | A | Distribution | K | T | | | | | |
| 71. ▆▆▆▆▆▆ | C | Rent | N | W | | | | | |
| 72. FREEPORT McMORAN INC. (X) | | None | J | T | Buy | 11/16/15 | J | | Loss |
| 73. FRONTIER COMMUNICATIONS (X) | A | Dividend | K | T | Buy | 10/21/15 | K | | Loss |
| 74. GAMCO GLOBAL GOLD NTRL. RES. (X) | | None | K | T | Buy | 11/06/15 | J | | Loss |
| 75. GABELLI TRUST | A | Dividend | J | T | | | | | |
| 76. GARRISON CAP. INC. | A | Dividend | K | T | | | | | |
| 77. GOLDMAN SACHS | B | Dividend | M | T | | | | | |
| 78. GOOGLE, now ALPHABET A, INC. & ALPHABET C, INC. | | None | | | Closed | 10/05/15 | K | A | Reorg. w/Alphabet A & C |
| 79. GREATER CHINA FUND | A | Dividend | | | Sold | 08/27/15 | L | | Loss |
| 80. GRUPO TELEVISA | A | Dividend | | | Sold | 11/18/15 | L | E | |
| 81. GUAM GOVT. BUSINESS PRIVILEGE (X) | A | Int./Div. | J | T | Buy | 09/22/15 | J | | |
| 82. HAWAIIAN HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 83. HEWLETT PACKARD | A | Dividend | J | T | | | | | |
| 84. HP INC. (X) | A | Dividend | J | T | Spinoff (from line 83) | 11/02/15 | J | | Loss |
| 85. HOLLYFRONTIER CORP. COM. | A | Dividend | K | T | Buy | 01/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HONEYWELL INTL. INC. (X) (Merrill Lynch IRA) | A | Dividend | K | T | Buy | 06/03/15 | K | | Loss |
| 87. HOST HOTELS & RESORTS | A | Dividend | J | T | | | | | |
| 88. HSBC HLDG. PLC. (X) | | None | K | T | Buy | 11/30/15 | K | | Loss |
| 89. INDEPENDENT PROPERTY OPERATORS | C | Distribution | L | W | | | | | |
| 90. INGERSOLL RAND | A | Dividend | L | T | | | | | |
| 91. INTEL CORP. | A | Dividend | L | T | | | | | |
| 92. INVESCO. MORTG. CAPITAL | A | Dividend | J | T | | | | | |
| 93. ▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 94. JOHNSON & JOHNSON (X) | A | Dividend | J | T | Buy | 08/27/15 | K | | |
| 95. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 96. KINDER MORGAN, INC. | A | Dividend | | | Sold | 11/18/15 | L | | Loss |
| 97. KKR FINANCIAL | A | Distribution | | | Buy | 08/03/15 | J | | |
| 98. | | | | | Sold | 11/20/15 | K | | Loss |
| 99. LADENBURG THALMAN PFD | C | Dividend | M | T | | | | | |
| 100. ▓▓▓▓▓▓▓ | E | Distribution | K | W | | | | | |
| 101. MAIN STREET CAPITAL | C | Dividend | L | T | | | | | |
| 102. MASTERCARD INC. | A | Dividend | K | T | Buy | 08/03/15 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/18/15 | J | | Loss |
| 104. MCDONALDS CORP. (X) | A | Dividend | J | T | Buy | 08/27/15 | K | | |
| 105. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 106. McMINN PLAZA ASSOCIATES (X) | A | Distribution | | | Closed | 12/31/15 | K | A | |
| 107. MEDEGENICS INC. | A | Distribution | J | T | | | | | |
| 108. MEDLEY CAPITAL CORP. (X) | | None | J | T | Buy | 09/14/15 | J | | Loss |
| 109. MERCK | A | Dividend | L | T | Buy | 11/18/15 | K | | Loss |
| 110. MICROSOFT | A | Dividend | J | T | | | | | |
| 111. MIND CTI LTD. | A | Dividend | J | T | | | | | |
| 112. MFS TOTAL RETURN FUND | B | Dividend | M | T | | | | | |
| 113. MORGAN STANLEY | A | Dividend | K | T | Buy | 11/18/15 | K | | Loss |
| 114. MOTOROLA SOLUTIONS | A | Dividend | K | T | | | | | |
| 115. NAVIOS MARITIME PTNRS | | None | | | | | | | Loss - Sold 11/24/14 |
| 116. NEW RESIDENTIAL INV. CORP. | A | Dividend | J | T | | | | J | Purchased 07/15/14 |
| 117. NGL ENERGY PARTNERS (X) | A | Dividend | | | Sold | 11/30/15 | J | | Loss - Purchased 11/13/14 |
| 118. NIKE INC. (X) | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 119. | | | | | Buy (add'l) | 11/18/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NISKA PTRNERS (Y) | | | | | | | | | |
| 121. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 122. NORTHERN TRUST CORP. (X) | | None | K | T | Buy | 11/27/15 | K | | Loss |
| 123. NVIDIA CORP. | A | Dividend | K | T | | | | | |
| 124. NXP SEMICONDUCTOR (X) | | None | J | T | Buy | 11/05/15 | J | | |
| 125. OASIS PETROLEUM (Y) | | | | | | | | | |
| 126. OISA B | | None | | | | | | | Loss - Sold 08/01/2013 |
| 127. ONEOK PARTNERS | D | Distribution | K | T | | | | | |
| 128. OTC MARKETS GROUP INC. (X) | | None | J | T | Buy | 12/02/15 | J | | Loss |
| 129. PAPA MURPHYS HOLDINGS INC. | A | Dividend | J | T | | | | | |
| 130. PATRICK INDUSTRIES | A | Dividend | K | T | | | | | |
| 131. PBF ENERGY INC. CL A | A | Dividend | J | T | | | | | |
| 132. PERION NETWORK (formerly Incredimail) | | None | | | Sold | 04/21/15 | J | | Loss |
| 133. PHILLIPS 66 | B | Dividend | L | T | | | | | |
| 134. PINELAND STATION | | None | K | W | | | | | |
| 135. PITNEY BOWES, INC. | A | Dividend | K | T | | | | | |
| 136. PLAINS ALL AMERICAN PIPELINE | C | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PLY GEM HLDGS INC. | | None | | | | | | | Loss - Sold 07/15/14 |
| 138. ▒▒▒▒▒▒▒ | | None | M | W | | | | | |
| 139. ▒▒▒▒▒▒▒ | | None | N | W | | | | | |
| 140. PVR PARTNERS (Y) | | | | | | | | | |
| 141. RAPPAHANNOCK VA. REG. JAIL AUTH. | A | Dividend | J | T | | | | | |
| 142. RAYONIER | B | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 143. REAVES UTILITY INCOME FUND SBI | A | Dividend | J | T | | | | | |
| 144. REGENCY ENERGY PARTNERS, LP | A | Dividend | | | Closed | 04/27/15 | J | | Loss - Merged w/ Energy Ptn |
| 145. ▒▒▒▒▒▒▒, Pasquotank Co., NC | A | Rent | M | W | | | | | |
| 146. RESERVE PETROLEUM | A | Dividend | J | T | | | | | |
| 147. ROCHE HOLDINGS CORP. | A | Dividend | J | T | | | | | |
| 148. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 149. SANDRIDGE MISSISSIPPIAN TR. | A | Distribution | J | T | | | | | Partial Sale 12/22/14 |
| 150. SANOFI | A | Dividend | K | T | | | | | |
| 151. SARATOGA INVESTMENT CORP. | A | Dividend | J | T | | | | | |
| 152. SASOL LTD. | A | Dividend | | | Buy | 03/31/15 | J | | |
| 153. | | | | | Sold | 11/20/15 | K | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. SEAGATE TECHNOLOGY ORD. | A | Dividend | J | T | | | | | |
| 155. SEVENTY SEVEN ENERGY INC. | A | Dividend | J | T | | | | | |
| 156. STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 157. STATE STREET CORP. (X) | | None | K | T | Buy | 11/27/15 | K | | Loss |
| 158. SUBURBAN PROPANE PARTNERS | C | Distribution | K | T | | | | | |
| 159. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 160. SUNTRUST | A | Dividend | M | T | | | | | |
| 161. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 162. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 163. TAL INTERNATIONAL GROUP (X) | | None | J | T | Buy | 11/30/15 | J | | Loss |
| 164. TANDY LEATHER FACTORY | A | Dividend | J | T | | | | | |
| 165. TOWNEBANK | E | Dividend | M | T | | | | | |
| 166. TRANSPORTADORA | A | Dividend | | | Sold | 04/06/15 | J | A | |
| 167. TRANS OCEAN | | None | | | | | | | Sold 08/19/14 |
| 168. UBS FINANCIAL - Money Market | A | Interest | J | T | | | | | |
| 169. WALT DISNEY CO. (X) | A | Distribution | J | T | Buy | 08/27/15 | K | | |
| 170. | | | | | Buy (add'l) | 11/19/15 | K | | Loss |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ▓▓▓▓▓ | | None | J | W | | | | | |
| 172. WELLS FARGO | B | Dividend | L | T | | | | | |
| 173. WESTERN ASSET MGMT. CORP. | B | Dividend | | | Buy | 01/28/15 | J | | |
| 174. | | | | | Sold | 11/18/15 | J | | Loss |
| 175. WHEELER REAL ESTATE INVESTMENT TRUST, INC. | D | Dividend | J | T | Buy | 08/20/15 | J | | |
| 176. | | | | | Buy (add'l) | 08/28/15 | J | | Dividend Reinvestment |
| 177. | | | | | Buy (add'l) | 11/05/15 | J | | Dividend Reinvestment |
| 178. WINDSTREAM HLDGS INC., formerly Windstream Corp. | A | Dividend | | | Sold | 11/18/15 | J | | Loss |
| 179. ▓▓▓ | A | Distribution | N | W | | | | | |
| 180. YUM! BRANDS INC. (X) | | None | J | T | Buy | 08/27/15 | J | | |
| 181. SPOUSE'S ASSETS LISTED BELOW ARE TO BE REDACTED FROM | | | | | | | | | |
| 182. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE | | | | | | | | | |
| 183. TO HER CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 184. Alexandria, Va. Const. Pub. (Y) | | | | | | | | | |
| 185. Altria Group | A | Dividend | J | T | | | | | |
| 186. American Tower REIT, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. American Waterworks Co. | A | Dividend | J | T | | | | | |
| 188. Anadarko Pete Corp. | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 189. Apple Inc. | A | Dividend | J | T | | | | | |
| 190. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 191. BB&T | B | Dividend | L | T | | | | | |
| 192. BB&T (Checking/money market) | A | Interest | K | T | | | | | |
| 193. Baxter Intern. | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 194. Baxalta Inc. Shs. (X) | A | Dividend | | | Sold | 07/23/15 | J | C | Purchased 09/21/10 |
| 195. Black Rock Va. Muni. Tr. | A | Dividend | J | T | Sold (part) | 10/13/15 | J | | Loss |
| 196. | | | | | Sold (part) | 10/26/15 | J | | Loss |
| 197. Boeing | A | Dividend | J | T | | | | | |
| 198. CDK Global | A | Dividend | | | Sold | 09/10/15 | J | C | |
| 199. CenturyLink Inc. | B | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 200. China Growth Fund | | None | | | | | | | Duplicate Eaton Vance 210 |
| 201. CMA Tax Exempt Bonds | B | Interest | K | T | | | | | |
| 202. Coca-Cola | A | Dividend | J | T | | | | | |
| 203. Comcast | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. Costco Wholesale | A | Dividend | J | T | | | | | |
| 205. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 206. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 207. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | O | T | | | | | |
| 208. Diageo PLC | A | Dividend | J | T | | | | | |
| 209. Dominion Resources, Inc. | A | Dividend | J | T | | | | | |
| 210. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | Sold (part) | 08/20/15 | J | | Loss |
| 211. EcoLab, Inc. (X) | A | Dividend | J | T | | | | | |
| 212. Emerson Electric | A | Dividend | | | Sold | 06/03/15 | K | D | |
| 213. Exxon Mobil | A | Dividend | J | T | | | | | |
| 214. Fireeye Inc. (X) | A | Dividend | | | Buy | 09/10/15 | J | | |
| 215. | | | | | Sold | 12/07/15 | J | | Loss |
| 216. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 217. Guardian Life Insurance Co. - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 218. Hain Celestial Group, Inc. (X) | | None | | | Buy | 09/10/15 | J | | |
| 219. | | None | | | Sold | 12/07/15 | J | | Loss |
| 220. Hess Corp. | A | Dividend | | | Sold | 06/03/15 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 23

Name of Person Reporting

DOUMAR, ROBERT G.

Date of Report

08/16/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Home Depot | B | Dividend | J | T | | | | | |
| 222. Honeywell Intl. Inc. | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 223. IBM | | None | | | | | | | Total Sale 08/26/14 |
| 224. Intel Corp. | A | Dividend | J | T | | | | | |
| 225. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 226. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 227. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 228. Invesco Municipal Opp. Trust | C | Dividend | J | T | | | | | |
| 229. Kellogg | | None | | | | | | | Total Sale 08/26/14 |
| 230. Kraft (The) Heinz Co. (X) | A | Dividend | J | T | Spinoff (from line 231) | 07/06/15 | J | | |
| 231. Kraft Foods Group, Inc. | A | Dividend | | | Sold | 07/06/15 | J | C | |
| 232. Eli Lilly & Co. (X) | A | Dividend | J | T | | | | | |
| 233. Lifelock Inc.(X) | A | Dividend | | | Sold | 09/10/15 | J | | Loss - Purchased 08/26/14 |
| 234. McDonalds | A | Dividend | J | T | | | | | |
| 235. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 236. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 237. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Merck and Co. Inc. Shs. | B | Dividend | K | T | | | | | |
| 239. Monsanto Co. New Del Com | A | Dividend | | | Sold | 09/10/15 | K | | Loss |
| 240. Nabors Industries, Ltd. (X) | A | Dividend | J | T | | | | | Purchased - 08/26/14 |
| 241. NextEra Energy Inc. (X) | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 242. Norfolk Southern | A | Dividend | K | T | | | | | |
| 243. Northeast Utilities Com. (Y) | | | | | | | | | |
| 244. Oracle | A | Dividend | J | T | | | | | |
| 245. Patterson | A | Dividend | J | T | | | | | |
| 246. Pfizer | A | Dividend | J | T | | | | | |
| 247. Phillip Morris | A | Dividend | | | Sold | 09/10/15 | J | D | |
| 248. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 249. Schlumberger | A | Dividend | K | T | | | | | |
| 250. Strataysys Ltd. | A | Dividend | | | Buy | 01/09/15 | J | | |
| 251. | | | | | Sold (part) | 06/03/15 | J | | Loss |
| 252. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 253. | | | | | Sold | 10/13/15 | J | | Loss |
| 254. 3M Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. Thermo Fisher Scientific, Inc. (X) | A | Dividend | J | T | Buy | 10/15/15 | J | | |
| 256. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 257. United Techs Corp. | A | Dividend | J | T | | | | | |
| 258. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 259. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 260. VA State Res. Auth. | B | Interest | K | T | | | | | |
| 261. Verizon Comm. | B | Dividend | K | T | | | | | |
| 262. Vodafone | | None | | | | | | | Total Sale 08/26/14 |
| 263. Whole Foods | A | Dividend | | | Sold | 09/10/15 | J | | Loss |
| 264. Xcel Energy | A | Distribution | | | Sold | 09/10/15 | K | C | |
| 265. Yandex | | None | | | | | | | Sold 12/03/14 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1. ▨▨▨▨▨▨▨▨ - limited partnership that holds interests in ▨▨▨▨▨▨▨▨▨▨▨▨ Cartersville Crossing, OBX Resort, ▨▨▨▨▨▨, Indian Lakes Self Storage, Northeast Plaza Associates, Wheeler Real Estate Investment Trust, Inc., all of which own real estate.

2. ▨▨▨▨▨▨ LLC owns parcels of land in Chesapeake, VA.

3. ▨▨▨▨▨▨▨▨ - limited liability company that owns apartment building in Norfolk, VA.

4. ▨▨▨▨▨▨ unimproved land in Va. Beach, VA.

5. Independent Property Operators of America - owns real estate, mostly hotels, in various states.

6. ▨▨▨▨▨▨▨▨▨▨ - is a spinoff from ▨▨▨▨▨▨▨▨ .

7. Line 13. Anworth Mortgage Asset was a partial sale on or about 11/27/2013 that was incorrectly listed as a total sale on prior reports..

8. Line 69. EWZ-I Shares Brazil was capped and sold on or about 08/09/2014 and was inadvertently omitted from prior reports.

9. Line 106. McMinn Plaza Associates closed on or about 5/1/2013. A final distribution afer taxes was made on or about 12/31/2015.

10. Line 115. Navios Maritime Partners sold on or about 11/24/2014 and was inadvertently omitted from prior reports.

11. Line 116. New Residential Investment Corp. was purchased on or about 07/15/2014 and was inadvertently omitted from prior reports.

12. Line 117. NGL Energy Partners was purchased on or about 11/13/2014 and was inadvertently omitted from prior reports.

13. Line 126. OISA B sold on or about 08/01/2013 and was inadvertently omitted from prior reports.

14. Line 132. Perion Network (formerly Incredimail) was a partial sale on or about 01/06/2014 that was incorrectly listed as a total sale on prior reports.

15. Line 137. PLY GEM Holdings, Inc. sold on or about 07/15/2014 and was inadvertently omitted from prior reports.

16. Line 149. Sandridge Mississippian Tr. was a partial sale on or about 12/22/2014 that was incorrectly listed as a total sale on prior reports.

17. Line 167. Trans Ocean sold on or about 08/19/2014 and was inadvertently omitted from prior reports.

18. Line 175. Wheeler Real Estate Investment Trust, Inc. is a dividend reinvestment.

19. Line 181-265. Insofar as my wife's listings are concerned, she is a woman of independent means and the listings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other information concerning her holdings and finances as she deals independently with regard to them and is an independent individual who will not waive her constitutional or statutory rights. My wife's holdings were not derived from or through me and are being reported since they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me. I do not derive any benefit from her securities in any way. She claims her right to confidentiality by virtue of 26 U.S.C. Section 6103, among other protections. She emphatically believes her holdings reported on this form should not be divulged for any public viewing. She feels that her constitutional rights have been and will be violated and that she has not been afforded a hearing with regard to your requirement that her personal and private holdings be reported. She states she has not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to her as I have disclosed that which I may have learned from past tax information and some of which may be overreported out of an abundance of caution.

20. Line 184. Alexandria Va. Const. Pub. bond matured in 2014.

21. Line 194. Baxalta Inc. Shs. purchased on or about 09/21/2010 was inadvertently omitted from prior reports.

22. Line 200. China Growth Fund is duplicative of Line 210 with Eaton Vance Greater China Growth.

23. Line 223. IBM was a total sale on or about 08/26/2014 that was incorrectly listed as a partial sale on prior reports.

24. Line 229. Kellog was a total sale on or about 08/26/2014 that was incorrectly listed as a partial sale on prior reports.

25. Line 233. Lifelock, Inc. purchaed on or about 08/26/2014 was inadvertently omitted from prior reports.

26. Line 240. Nabors Industries, Ltd. puchased on or about 08/26/2014 was inadvertently omitted from prior reports.

27. Line 262. Vodafone was a total sale on or about 08/26/14 that was incorrectly listed as a partial sale on prior reports.

28. Line 265. Yandex sold on or about 12/03/2014 and was inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 08/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544